UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT LEON WIGGINS,

    Plaintiff,      Case No. 2:17-cv-15

v.              Honorable Paul L. Maloney

RICHARD D. RUSSELL, et al.,

    Defendants.
_____/

## **JUDGMENT**

  In accordance with the Opinion filed this date:

  IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: August 21, 2017      /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge